IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs

1) JAIME SEPULVEDA-CONCEPCION
**2) MARIO REYES-CRUZ**
3) EDGAR CANCEL-ZAPATA,
a/k/a "Dr. Zapata"
4) SONIA GUZMAN-SILVAGNOLI,
a/k/a "Dr. Guzmán"

Defendants

CRIMINAL 13-0142CCC

**ORDER**

Having considered the Report and Recommendation filed on August 13, 2013 (**docket entry 51**) on a Rule 11 proceeding of defendant Mario Reyes-Cruz (2) before U.S. Magistrate Judge Silvia Carreño-Coll on August 7, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since August 7, 2013. The **sentencing hearing is set for November 7, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on September 10, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge